UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

ALICE M. DUDLEY,  CV. 04-6264-BR
          Plaintiff,

v.

JOANNE BARNHART,  ORDER AWARDING EAJA
Commissioner of  ATTORNEY FEES AND COSTS
Social Security,
          Defendant.

After considering Plaintiff's Stipulated Motion for Attorney Fees Pursuant to the Equal Access to Justice Act and for Costs and Bill of Costs,

IT IS ORDERED AND ADJUDGED that attorney fees in the amount of $4,192.85 and costs in the amount of $150.00, for a total of $4,342.85, are awarded to Plaintiff pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412 and 28 U.S.C. § 1920. Payment shall be to Max Rae, attorney, on behalf of Plaintiff.

DATED this 7th day of June, 2005.

_____
U.S. District Judge

PRESENTED BY:

_____
MAX RAE, OSB #81344
(503) 363-5424
Attorney for Plaintiff, Alice M. Dudley